**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING AND REQUEST FOR FULL PANEL REVIEW

Appellate case name:      E-Quest Management, L.L.C. and Odyssey OneSource, Inc.  v.
                          Robbie Shaw

Appellate case number:    01-11-00296-CV

Trial court case number:  08CV0414

Trial court:              212th District Court of Galveston County

Date motion filed:        4/26/13

Party filing motion:      Appellee

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Terry Jennings
                          ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date:  June 21, 2013